UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
NESSA RAPONE, on behalf of herself and all
others similarly situated,                              :

                          Plaintiff,        :

    - against -                                        :

                                         :

CRAFT WORLDWIDE HOLDINGS, LLC,
d/b/a Craftbar, and TOM COLICCHIO,            :

                     Defendants.
---------------------------------- x

Case No. 08-CV-10786 (BSJ)(JCF)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/09

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION

This Court, having considered and inspected the Settlement Agreement dated July 13, 2009, and Joint Motion to Approve Settlement and for Dismissal with Prejudice dated July 13, 2009, between the parties in the above-captioned action;

**IT IS HEREBY ORDERED**, that: (1) the Settlement Agreement is approved; (2) the above-captioned action is dismissed with prejudice in its entirety; and (3) this Court shall retain jurisdiction only to enforce the terms of the Settlement Agreement *which is confidential and has been filed separately under seal for good cause shown.* /bsj/

SO ORDERED:

_____  7-15-09
Barbara S. Jones, U.S.D.J.         Date